

**RECEIVED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FEB 0 4 2020

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Elijah Murphy

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:20-cv-00810**
**Judge Matthew F. Kennelly**
**Magistrate Judge Young B. Kim**
**PC 7**

vs.

Deputy Golden # Badge# 18061
Supt Beacham jr. #272
County of Cook
Thomas ~~coco~~ Dart

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: _____

(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**                    <u>**AMENDED COMPLAINT**</u>

✓          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            **U.S. Code** (state, county, or municipal defendants)

_____          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
            **28 SECTION 1331 U.S. Code** (federal defendants)

_____          **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I.    **Plaintiff(s):**

A.    Name: _Elijah Murphy_

B.    List all aliases: _N/A_

C.    Prisoner identification number: _20190801024_

D.    Place of present confinement: _CCDOC_

E.    Address: _P.O. box 089002 Chicago il 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Deputy Golden # Badge 18061_

Title: _Deputy_

Place of Employment: _CCDOC Div 6_

B.    Defendant: _Beacham jr # Badge 272_

Title: _Supt_

Place of Employment: _CCDOC Div 6_

C.    Defendant: _County of Cook_

Title: _N/A_

Place of Employment: _N/A_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

D. Defendant: Thomas Dart
   Title: Cook county sheriff
   place of employment: Cook county Department of
   Corrections.

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N/A _____
   _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/A _____
   _____ N/A _____
   _____ N/A _____

D. List all defendants: _____ N/A _____
   _____ N/A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: _____ N/A _____
   _____ N/A _____

G. Basic claim made: _____ N/A _____
   _____ N/A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____
   _____ N/A _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Reviewed: 8/2013

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any
cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets
if necessary.)

On October the 9th, 3-11 Shift Deputy Golden
was working tier 2L in division 6 Cook County
jail. I explained to him that I've been having problems
with two detainee's (marcus Everette # 20190322128
and Reginald Fisher # 20190116018) he explained to
me to stay away from them. Later thru the day
I entered the restroom before leaving the tier to
go on a visit. As I entered the bathroom Detainee
Everette came in and attacked me. Before I understood
what was going on detainee Fisher entered the
bathroom and joined the attack. Both detainees
began kicking me and punching me ruthlessly. I
curled up and began yelling for the C/O. Deputy
Golden came to the bathroom and began yelling
"Stop motherFucker Stop or I'll spray." He had a
can of mace in his hand. The threat fell on deaf
ears. Deputy golden Demanded them to stop again
but he never used his mace nor did he attempt
to break up the assault or even enter the bathroom.

Reviewed: 8/2013

Both detainees finally stopped. I got up and hurriedly exited the bathroom. Deputy Golden made me stand directly by the entrance of the bathroom where both of my attackers were still in. If they wanted to continue the assault they could have because Deputy Golden didn't properly separate us. I was escorted to dispensary where I was given Ibuprofen and told I would have to go to cermak because my ankle was sprained. I had a cut on the bridge of my nose and my right eye was swelling. When I got to cermak I was given more Ibuprofen, my left ankle which was sprained was wrapped in ace bandage and I was given crutches. The doctor also scheduled me for Cat-scan and X-ray for my face and ankle. The Deputy Golden failed to protect & react the correct way and timely order in protecting me. Supt. Beachem jr has failed to train & implement proper procedures to his staff when a Incident like this occurs. It was brought to Deputy Golden's attention but because he chose not to follow proper procedures and he was not properly trained by Supt Beachem jr.

5                                              Revised 9/2007

this incident occurred. There is also medical records in Cermak where I was given crutches for my sprained ankle for stomping on my ankle/legs. Both Deputy Golden and Supt Beachem jr works for the County of Cook where this assault occured. Thomas Dart is the Director/sheriff over Cook County and over Deputy Golden and Superintendant Beachem jr.

5

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want a lien to be placed on all property, Bank accounts and checks until this case is resolved. I would like injuctive relief this court deans necessary and punitive damages of $25,000 and compensatory damages of $50,000.

**VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO**

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Jan_ day of _16_ , 20 _20_

_Elijah Murphy_
(Signature of plaintiff or plaintiffs)

_Elijah Murphy_
(Print name)

_20190801024_
(I.D. Number)

_p.o. box 089022_
_Chicago il 60608_
(Address)

Reviewed: 8/2013

Name: Elijah Murphy
ID#: 2619808010024
Div.: 6   Tier: 2C
P.O. Box 089002
Chicago, IL 60608

2020 FEB -4   AM 8:1

02/04/2020-7

NEOPOST
01/17/2020
US POSTAGE $000.80°
FIRST-CLASS MAIL

ZIP 60608
041M11297257

prisoner correspondent
United States District Court
219 S. Dearborn St.
Chicago IL 60604

1:20-cv-00810
Judge Matthew F. Kennelly
Magistrate Judge Young B. Kim
PC 7